| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Moore, Thomas K | 2. Court or Organization<br><br>District Court of the V.I. | 3. Date of Report<br><br>5/10/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Ron de Lugo Federal Building<br>5500 Veterans Drive, Suite 310<br>St. Thomas, VI 00802-6424 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

RECEIVED MAY 13 11 05 AM '04 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore, Thomas K | 5/10/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| 1. | 2003 | Antilles School - Part-time teaching | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank International | Credit Card | J |

| | | |
|---|---|---|
| Name of Person Reporting<br>Moore, Thomas K | Date of Report<br>5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Broker No. 2 | | | | | Closed | 12/17 | | | See Part VIII |
| 2. -Centenial Money Market Trust | A | Dividend | | | Sell | 12/12 | J | A | |
| 3. -AQQ | A | Dividend | | | Sell | 12/17 | J | A | |
| 4. -PTAEX Class A | A | Dividend | | | Sell | 12/17 | J | A | |
| 5. -Idaho Power Co. Preferred Stock | A | Dividend | J | T | | | | | |
| 6. -KO Common Stock | A | Dividend | | | Sell | 12/31 | -J- | A | |
| 7. -MRO Common Stock | A | Dividend | | | Sell | 12/23 | J | A | |
| 8. -MCD Common Stock | A | Dividend | | | Sell | 12/23 | J | A | |
| 9. -BP Common Stock | A | Dividend | | | Sell | 12/23 | J | A | |
| 10. -PFE Common Stock | A | Dividend | | | Sell | 11/23 | J | A | |
| 11. -AMECX | | None | | | Sell | 12/31 | K | A | |
| 12. Broker No. 2 (IRA) | B | Dividend | | | Closed | 11/20 | | | See Part VIII |
| 13. -GSK Common Stock | | | | | | | | | |
| 14. -LU Common Stock | | | | | | | | | |
| 15. -INTC Common Stock | | | | | | | | | |
| 16. -MSFT Common Stock | | | | | | | | | |
| 17. -NCR Common Stock | | | | | | | | | |
| 18. -EMR Common Stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Thomas K | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -PFE Common Stock | | | | | | | | | |
| 20. -WMT Common Stock | | | | | | | | | |
| 21. -BRKB | | | | | | | | | |
| 22. -DRE | | | | | | | | | |
| 23. -CWGIX | | | | | | | | | |
| 24. -AV | | | | | | | | | |
| 25. -GE Common Stock | | | | | | | | | |
| 26. -FPL Common Stock | | | | | | | | | |
| 27. Broker No. 3 | | | | | Closed | 9/30 | | | See Part VIII |
| 28. -NXZ | A | Dividend | | | Sell | 8/21 | J | A | |
| 29. -Money Market | A | Interest | | | Sell | 9/30 | J | A | |
| 30. Broker No. 3 (IRA) | C | Div. & Int. | | | Closed | 10/22 | | | See Part VIII |
| 31. -CBBCX | | | | | | | | | |
| 32. -FCISX | | | | | | | | | |
| 33. -AICCX | | | | | | | | | |
| 34. -PSA.A | | | | | | | | | |
| 35. Broker No. 4 | | | | | Closed | 12/16 | | | See Part VIII |
| 36. -ADVXX | A | Dividend | | | Sell | 12/16 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Thomas K | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -BCON Common Stock | | None | | | Sell | 11/25 | J | A | |
| 38. -ITRA Common Stock | | None | | | Sell | 11/25 | J | A | |
| 39. -AGNT Common Stock | | None | | | Sell | 11/25 | J | A | |
| 40. -DTHK Common Stock | | None | | | Sell | 11/25 | J | A | |
| 41. -Broker No. 5 | | | | | | | | | |
| 42. -DTK Common Stock | | None | | | Sell | 12/16 | J | A | |
| 43. -Z00X Common Stock | | None | | | Sell | 12/14 | J | A | |
| 44. -GBT Common Stock | | None | A | T | | | | | |
| 45. -ARRS | | None | | | Sell | 12/16 | J | A | |
| 46. -SGI | | None | | | Sell | 12/16 | J | A | |
| 47. Rental Property No. 1 (2/1989 $105,000.00) | D | Rent | L | W | | | | | |
| 48. Rental Property No. 2, St. Croix (6/1993 $139,000.00) | D | Rent | L | W | | | | | |
| 49. TIAA Annuity (Traditional) | C | Interest | L | T | Buy monthly | | J | | |
| 50. CREF Stock Fund | | None | K | T | Buy monthly | | J | | |
| 51. CREF Global Equity Fund | | None | K | T | Buy monthly | | J | | |
| 52. Justice Federal Credit Union | A | Interest | J | T | | | | | |
| 53. First Bank - Puerto Rico | A | Interest | J | T | | | | | |
| 54. Idaho Power Co. Common Stock | A | Dividend | | | Sell | 12/22 | J | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore, Thomas K | 5/10/2004 |

## VII  INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55.  XGIMX | A | Dividend | J | T | | | | | |
| 56.  -JBSS Common Stock | | None | J | T | Buy | 12/24 | J | | |
| 57.  -MW Common Stock | | None | J | T | Buy | 12/26 | J | | |
| 58.  -SPRT Common Stock | | None | J | T | Buy | 12/26 | J | | |
| 59.  -UTSI Common Stock | | None | J | T | Buy | 12/26 | J | | |
| 60.  -ISLE Common Stock | | None | J | T | Buy | 12/26 | J | | |
| 61.  -GSE Common Stock | | None | J | T | Buy | 12/29 | J | | |
| 62.  -TALX Common Stock | | None | J | T | Buy | 12/29 | J | | |
| 63.  -IDXX Common Stock | | None | J | T | Buy | 12/31 | J | | |
| 64.  Broker No. 5 (IRA) | B | Dividend | M | T | | | | | See Part VIII |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

PART I, went off Board in January 2003.

PART VII, items 1 and 4 (#s2 & 14 on 2002 report) transferred all holdings in Broker No. 2 to Broker No. 5 as part of consolidation of stock investment.

PART VII, items 19 and 22 (#s30 and 33 on 2002 report) transferred all holdings in Broker No. 3 to Broker No. 5 as part of consolidation of stock investment.

PART VII, item 27 (#39 in 2002 report) liquidated all stock in this account and closed it.

PART VII, as of 12/31/03, all investments were held in joint account and IRA accounts at Broker No. 5. Accordingly, all stocks listed in 2002 report under Broker No. 2 and Broker No. 3 are now held by Broker No. 5, and all stocks listed in 2002 report under Broker No. 2 (IRA) and Broker No. 3 (IRA) are now held by Broker No. 5 (IRA).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____                Date _May 11, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544